IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**SERGIO ROLANDO FRAGA,**<br><br>Supervised Releasee | NO. 5: 06-MJ-08-13 (CWH)<br><br>VIOLATION OF SUPERVISED RELEASE<br>NO. CR 97-31(2) MJD/AJB - DIST.OF MINN.<br><br>BEFORE THE U. S. MAGISTRATE JUDGE |

**TO:  UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

# ORDER OF REMOVAL

A warrant having been issued in the **DISTRICT OF MINNESOTA** for the arrest of Supervised Releasee **SERGIO ROLANDO FRAGA** in connection with the sentence of SUPERVISED RELEASE imposed upon him in that district on January 13, 1998, by the Honorable Michael J. Davis UNITED STATES DISTRICT JUDGE, and said supervised releasee having been arrested in the MIDDLE DISTRICT OF GEORGIA on allegations that he has violated his sentence of SUPERVISED RELEASE;  at an appearance this day before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE for the Middle District of Georgia, pursuant to provisions of Rule 5(a)(2)(B) and Rule 32.1(a)(1)(B) and (a)(5)(B) of the *Federal Rules of Criminal Procedure*, Mr. Fraga, represented by counsel, was provided pertinent documentation and admitted his identity.

Under Rule 32.1(a)(6) and 18 U.S.C. §3143(a), the court finds that release of Mr. Fraga from the custody of the United States Marshal is <u>not</u> appropriate under the circumstances of this case due to his status as a supervised releasee and behavior leading to the allegations now pending against him which include absconding from supervision and failing to report for drug testing;  Conditions of release, if appropriate, may be considered by the judicial officer presiding in the **DISTRICT OF MINNESOTA** upon the appearance of Mr. Fraga in that district, the supervised releasee specifically reserving his right to a Detention Hearing.  Accordingly, YOU ARE HEREBY COMMANDED to remove the said SERGIO ROLANDO FRAGA to the **DISTRICT OF MINNESOTA**, and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 25th day of AUGUST, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE